# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

**KATIE CARR**                                                                **PLAINTIFF**

**VS.**                                **CIVIL ACTION NO. 3:14-CV-073-DMB-JMV**

**WAL-MART STORES, INC.**                                      **DEFENDANT**

## AGREED ORDER SUBSTITUTING PROPER PARTY IN INTEREST

THIS MATTER having come before the Court upon the joint motion of the Parties to substitute the proper Wal-Mart entity as the correct Defendant in this action, and the parties having executed this Order to signify their agreement to said substitution, the Court finds that the motion is well founded and should be, and hereby is, **GRANTED**.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the proper party to be substituted shall be Wal-Mart Stores East, LP, and the party Wal-Mart Stores, Inc. is dismissed from this action.

**IT IS FURTHER ORDERED AND ADJUDGED** that the Clerk shall make all necessary changes on the docket to reflect the substitution of Wal-Mart Stores East, LP, as the proper party in interest.

**SO ORDERED AND ADJUDGED**, this the 9th day of September, 2014.

                                                  /s/ Jane M. Virden
                                               **UNITED STATES MAGISTRATE JUDGE**

AGREED TO AND APPROVED AS TO FORM:


*s/Laura H. Katzenmeyer*
Thomas M. Louis (MSB #8484)
Laura H. Katzenmeyer (MSB #104269)
WELLS, MARBLE & HURST, PLLC
Post Office Box 131
Jackson, Mississippi 39205-0131
Telephone: (601) 605-6900



*s/Matthew Y. Harris*
Matthew Y. Harris (MSB #95995)
Rutledge, Davis and Harris
Post Office Box 29
New Albany, MS 38652